IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | | |
|---|---|---|---|
| TARRAN KYLES, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| VS. | ) | No. | 05-1246-T/An |
| | ) | | 05-1260-T/An |
| PAUL G. SUMMERS and JOHN H. BLEDSOE, | ) | | |
| | ) | | |
| Respondents. | ) | | |

ORDER CLOSING DUPLICATE CASE

Petitioner Tarran Kyles, Tennessee Department of Correction prisoner number 123535, an inmate at Riverbend Maximum Security Prison in Nashville, Tennessee, submitted a *pro se* petition pursuant to 28 U.S.C. § 2254, dated July 25, 2005. The petition was received and filed in this Court on August 29, 2005, and given case number 05-1246-T/An. Kyles submitted a virtually identical § 2254 petition to the U.S. District Court for the Middle District of Tennessee, where it was filed on August 31, 2005. The Honorable Aleta A. Traugher entered an order permitting the petition to be filed *in forma pauperis* and transferring it to this district, where it was received and filed on September 14, 2005 and given case number 05-1260-T/An.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  10-06-05

The Clerk is directed to close case number 05-1246-T/An. All further documents submitted for filing in petitioner's habeas case should bear case number 05-1260-T/An. IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

4 October 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01246 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Tarran Kyles
River Bend Maximum Security
123535
7475 Cockrill Bend Industrial Road
Nashville, TN 37243

Honorable James Todd
US DISTRICT COURT